**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SERGIO IVAN MORELOS-TORRES,<br>　aka "Miguel Montano,"<br>　aka "Sergio Torres-Morelos,"<br>　aka "Sergio Moreloz,"<br><br>　　　　Defendant. | Case No. 2:25-cr-00095-RFB-DJA<br><br>**Order Directing Probation to Prepare a Criminal History Report** ~~[Proposed]~~ |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 11th day of April, 2025.

_____
HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE